**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ALESHA SCARVER,** | * | **CASE NO.: 14-10150** |
| | * | |
| **Debtor.** | * | **CHAPTER 13** |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### DEBTOR'S OBJECTION TO CLAIM #7-1 OF 1ST FRANKLIN FINANCIAL CORPORATION

COMES NOW, the Debtor, by and through the undersigned, and objects to the secured claim filed by 1st Franklin Financial Corporation ("1st Franklin") in the amount of $4,867.89 and as grounds thereof shows unto the Court as follows:

1. The Debtor filed for relief under Chapter 13 of the Bankruptcy Code on January 28, 2014.

2. The Debtor was recently involved in an automobile accident while driving the 2001 Toyota Corolla.

3. 1st Franklin, as lien holder on said vehicle, filed secured claim #7-1, which the Debtor is paying in accordance with her Confirmed Chapter 13 Plan.

4. State Farm Insurance insured the vehicle and has declared it to be a total loss agreeing to settle the property damage claim for $2,802.45.

5. On information or belief, State Farm has tendered the funds necessary to pay off 1st Franklin and obtain a lien release on the 2001 Toyota Corolla.

6. As a result, the Debtor asserts that the debt to 1st Franklin has been satisfied and the Creditor's claim #7-1 is due to be reduced to the amount paid to date by the Chapter 13 Trustee.

Wherefore, the Debtor prays that this Honorable Court will enter an Order sustaining this objection and reducing Claim #7-1 of 1st Franklin to the amount paid to date by the Chapter 13 Trustee; that no further disbursements to be made on the claim; and for such other relief that the Court deems appropriate.

RESPECTFULLY SUBMITTED this 14th day of September, 2015.

BROCK & STOUT

/s/ J. Clarke Walker
J. Clarke Walker, Esq. {WAL200}
Attorney for Debtor
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
brockstout@enter.twcbc.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 14th day of September, 2015.

| | |
|---|---|
| Teresa R. Jacobs<br>Bankruptcy Administrator<br>ba@almb.uscourts.gov | Curtis C. Reding<br>Chapter 13 Trustee<br>Trustees_ofc@ch13mdal.com |
| 1st Franklin Financial Corporation<br>c/o Charles N. Parnell, III<br>P.O. Box 2189<br>Montgomery, AL 36102 | 1st Franklin Financial Corporation<br>P.O. Box 701<br>Georgetown, GA 39854<br>bmm2530@1ffc.com |

/s/ J. Clarke Walker
J. Clarke Walker, Esq. {WAL200}
Attorney for Debtor